**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RONNIE R. DUVALL**                                                                                    **PLAINTIFF**

V.                              NO. 4:06CV00363-BD

**MICHAEL J. ASTRUE,
Commissioner of Social Security**                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is considered, ordered and adjudged that the decision of the Commissioner is reversed and remanded for action consistent with the opinion in this case. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 24th day of May, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

1